UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HORACE HOLLIS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES M. HOLLOWAY, et al.,<br><br>    Defendant. | Case No. 3:24-cv-00178<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

## ORDER

    Defendant James M. Holloway filed a motion for leave to late file answer to Plaintiff's complaint. (Doc. No. 39.) The time to respond in opposition to the motion has passed and no response has been filed by Plaintiff Horace Hollis. The motion is therefore GRANTED. The Clerk's Office is DIRECTED to file the answer as a separate docket entry.

    Plaintiff's motion for entry of default (Doc. No. 36) and motion for a decision on the motion for entry of default (42) are DENIED AS MOOT.

    It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge